1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10   BRENDA M. JOHNSON,

11                              Plaintiff,

12        v.

13   WELLS FARGO,

14                              Defendant.

CASE NO. 3:21-CV-5212-BHS

REPORT AND RECOMMENDATION

Noting Date: September 10, 2021

15        Plaintiff Brenda M. Johnson, proceeding *pro se*, filed this action alleging violations of her

16   constitutional rights. *See* Dkt. 1-1. The District Court has referred Plaintiff's pending Application

17   to Proceed *In Forma Pauperis* ("IFP") and Proposed Complaint to United States Magistrate

18   Judge David W. Christel pursuant to Amended General Order 02-19.

19        Plaintiff filed this action on March 30, 2021. *See* Dkt. 1. On June 29, 2021, Plaintiff filed

20   a complete Application to Proceed IFP and the District Court referred this matter to the

21   undersigned. Dkt. 5. The Court screened Plaintiff's Proposed Complaint on July 15, 2021 and

22   found it was deficient because Plaintiff failed to state a claim for which relief may be granted.

23   *See* Dkt. 6. The Court dismissed the Proposed Complaint without prejudice, re-noted the pending

24

1    Application to Proceed IFP, and provided Plaintiff leave to file an amended pleading by August

2    16, 2021, to cure the identified deficiencies. *Id*. The Court warned that failure to file an amended

3    complaint or adequately respond to the issues identified in the Order would result in the Court

4    recommending the Application to Proceed IFP be denied and the case be closed. *Id*.

5        Plaintiff has failed to comply with the Court's July 15, 2021 Order. Plaintiff has not filed

6    a response to the Order or filed an amended complaint. Further, as discussed in the Order,

7    Plaintiff has failed to state a claim upon which relief can be granted in the Proposed Complaint.

8    *See* Dkt. 6. Therefore, the Court recommends Plaintiff's Application to Proceed IFP (Dkt. 5) be

9    denied and this case be dismissed without prejudice.

10       Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

11    Procedure, the parties shall have fourteen (14) days from service of this Report to file written

12    objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

13    objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

14    limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on

15    September 10, 2021, as noted in the caption.

16       Dated this 23rd day of August, 2021.

David W. Christel
United States Magistrate Judge