FILED _____ LODGED
_____ RECEIVED

NOV 24 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Brenda M. Johnson

Plaintiff(s),

v.

Amber Miller etal.

Defendant(s).

Case No. 3:21-CV-05212-BHS

Rule 7(a)

Renote & Issues

& Remand to Supreme Court

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

All motions submitted by Brenda M. Johnson
Exhibit 1 - 34 called History by United
States Dist court Western Wa
Includes motion to Resoue
Disclosure 26

11/24/2021       Brenda M. Johnson
Dated            Sign or use an "s/" and your name

Brenda M. Johnson
311 South 9th st Apt 301
Tacoma Wa 98402
253 - 289 - 1129        Copy(a)
Name, Address, and Phone Number of Counsel or Pro Se

Page 1 of 1

**Corporate Offices**                                          3:21-cv-05212-BHS
Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

*Brenda Johnson talked to Jake  gave him #last four of my social security, last four of back card used and claim number in which he had refused to assist me with claim#21031700127. Standard sop is three identify points in which I provided.*

*The issues*

*Brenda M Johnson a formal Wells Fargo employee and now in Judiciary department in Excutetive office of WSDOT. 2013- currently defined by 2014-NTS-00006.*

*The first call was handled by Travis in which I was transferred fully identify.*

*Travis released call after placing me on hold stating he had to find claim # 2103170012742 800-548-9554 appox 9:55 transferred occurred and 10:10am we were released.*

*Preston answered the next call at 10:16am and harassment proceeded about identification in which I am fully aware an support. The employees failure to protect my privacy and release funds EFT immediately after providing Confirmed email from store with a appology by email from Mattress Firm.*

*Preston male gender did not follow my directive as a customer and past me to another rep named Jessica . Again I asked for a Supervisor or Manager as a result I was past to a Manger named Jake . Please refer to phone calls .*

*The Banks take classes on EFT and have to answer.*

*Brenda M Johnson being a women african american was retaliated for reporting not following standard federal regulations and charges for money in which was not a lone deducted unlawful with charge after a fraudulent charges was reported in December 2020 and credited back into my account in January 2021. The Bank unlawful assisted in a crime by paying someone who stole merchandise from me. The standard of operations is to do a police report in which I did and gave copies in advance of any investigation.*

*Fees 12.50 from my savings*

*Fees 68.62 approx deducted and paid to a merchant which did not provide a table with chairs as advertised to me.*

*Third incident  claim# 2103170012742 which is in claim paragraph 1-3*

*10120219037-Jan 21 at 10:30 AM*

*ATM/Debit/Prepaid Card Claim Reference Number 20120211481*

*RE: Debit Card XXXX-XXXX-XXXX-0050*

*Complaint.                                        1 of 3*

_Department in Resolution- wellsfargoecmo@wellsfargo.com_

**_Federal Reserve_**

_**The Electronic Fund Transfer Act (EFTA) (15 USC 1693 et seq.) ... comply with Regulation E
in regard to the issuance of debit cards, terminal receipts, periodic.**_

_**26 CFR § 301.6311-2 – Payment by credit card and debit card. | CFR | US Law | LII ...**_

_**(ii) Debit card means any accepted card or other means of access as defined in section 903(1)
of the Electronic Fund Transfer Act (15 U.S.C. 1693a(1)), including**_

**_Evidence_**

**_Electronic funds transfer PDF_**

**_© Consumer's right to stop payment — 12 cfr 1005_**

_**Official interpretation of 10© Consumer's Right to Stop Payment**_

_**Show**_

(1) _**Notice. A consumer may stop payment of a preauthorized electronic fund transfer
from the consumer's account by notifying the financial institution orally or in writing
at least three business days before the scheduled date of the transfer.**_

(2) _**Written confirmation. The financial institution may require the consumer to give
written confirmation of a stop-payment order within 14 days of an oral notification. An
institution that requires written confirmation shall inform the consumer of the
requirement and provide the address where confirmation must be sent when the
consumer gives the oral notification. An oral stop-payment order ceases to be binding
after 14 days if the consumer fails to provide the required written confirmation.**_

_Complaint.                        2 of 3._

*28 U.S.C. § 1331 (1970), provides: (a) The district courts shall have original jurisdiction of all civil actions wherein the matter in controversy exceeds the sum or value of $10,000, exclusive of interest and costs, and arises under the Constitution, laws, or treaties of the United States.*

*2014-nts-00006*

*Brenda M Johnson is seeking damages over $500,000.00 and any other legal remedies in which a court of law.*

*On March 20, 2021 Wells fargo denied me access to funds. Closed my card.*

*Talked to Shaw Paul told him I'm front of merchant to take hold off my card he denied me. I gave notice that I would be filing the Complaint today 03/20/2021 also advised this was retaliation.*

*Charges case 551-2014-01557: Charges no.551-2018-03147*

*6 u.sc. 1142 and 1131 aug 22, 2014 documented on the institution profile*


*AFFIDAVIT*

*I, Brenda M. Johnson, do hereby certify that the statements and allegations set forth in the foregoing Motion and the accompanying evidence and testimony are true and accurate to the best of my knowledge and belief excited on March 18, 2021 mailed copy by email amendment on Complaint March 20, 2021 at 12:31 pm . Jury demand*

*Violations of petition 3 day rescinded $229.00 and $33.00*

*First amendment constitutional right violation and tenth amendment constitutional right violation.*

*The institution did not have my authority to cancel card .*

*Hate crime -WELLS FARGO EASYPAY®*

*Account number ending in…8922*

*$160.01*


*/s/Brenda M Johnson*

*311 South 9 th St Apt 501*

*Tacoma wa 98402*

*brendajtacoma@aol.com*

*253-732-7996*

*Word 647   Complaint                              3 of 3*

Well fargo is in violations of crediting money back to client in which they have neglected it's financial obligations to their customer Brenda M Johnson . The transactions are :

10120219037 $34.98 merchant 4029357733, 20120211481 $33.98 merchant 40293757733

Brenda M Johnson is covered $250,000.00 by Contractual agreement coverage for deposited money with in agency. The employees have willfully disregarded it's legal responsibility's.

The transactions were reported timely with out receiving merchandise from vendor.

Skip to main content



Cornell Law SchoolSearch Cornell

Toggle navigation

1. LII


2. U.S. Code


3. Title 15


4. CHAPTER 96


5. SUBCHAPTER I

**6. § 7001**

# 15 U.S. Code § 7001 - General rule of validity

- U.S. Code
- Notes

prev | next

**(a)**IN GENERAL Notwithstanding any statute, regulation, or other rule of law (other than this subchapter and subchapter II), with respect to any transaction in or affecting interstate or foreign commerce—

**(1)**

a signature, contract, or other record relating to such transaction may not be denied legal effect, validity, or enforceability solely because it is in electronic form; and

**(2)**

a contract relating to such transaction may not be denied legal effect, validity, or enforceability solely because an electronic signature or electronic record was used in its formation.

**(b)**PRESERVATION OF RIGHTS AND OBLIGATIONS This subchapter does not—

**(1)**

limit, alter, or otherwise affect any requirement imposed by a statute, regulation, or rule of law relating to the rights and obligations of persons under such statute, regulation, or rule of law other than a requirement that contracts or other records be written, signed, or in nonelectronic form; or

**(2)**

require any person to agree to use or accept electronic records or electronic signatures, other than a governmental agency with respect to a record other than a contract to which it is a party.

**(c)**CONSUMER DISCLOSURES

**(1)**CONSENT TO ELECTRONIC RECORDS Notwithstanding subsection (a), if a statute, regulation, or other rule of law requires that information relating to a transaction or transactions in or affecting interstate or foreign commerce be provided or made available to a consumer in writing, the use of an electronic record to provide or make available (whichever is required) such information satisfies the requirement that such information be in writing if—

**(A)**

the consumer has affirmatively consented to such use and has not withdrawn such consent;

**(B)**the consumer, prior to consenting, is provided with a clear and conspicuous statement—

**(i)**

informing the consumer of (I) any right or option of the consumer to have the record provided or made available on paper or in nonelectronic form, and (II) the right of the consumer to withdraw the consent to have the record provided or made available in an electronic form and of any conditions, consequences (which may include termination of the parties' relationship), or fees in the event of such withdrawal;

**(ii)**

informing the consumer of whether the consent applies (I) only to the particular transaction which gave rise to the obligation to provide the record, or (II) to identified categories of records that may be provided or made available during the course of the parties' relationship;

**(iii)**

describing the procedures the consumer must use to withdraw consent as provided in clause (i) and to update information needed to contact the consumer electronically; and

**(iv)**

informing the consumer (I) how, after the consent, the consumer may, upon request, obtain a paper copy of an electronic record, and (II) whether any fee will be charged for such copy;

**(C)**the consumer—

**(i)**

prior to consenting, is provided with a statement of the hardware and software requirements for access to and retention of the electronic records; and

**(ii)**

consents electronically, or confirms his or her consent electronically, in a manner that reasonably demonstrates that the consumer can access information in the electronic form that will be used to provide the information that is the subject of the consent; and

**(D)**after the consent of a consumer in accordance with subparagraph (A), if a change in the hardware or software requirements needed to access or retain electronic records creates a material risk that the consumer will not be able to access or retain a subsequent electronic record that was the subject of the consent, the person providing the electronic record—

**(i)**

provides the consumer with a statement of (I) the revised hardware and software requirements for access to and retention of the electronic records, and (II) the right to withdraw consent without the imposition of any fees for such withdrawal and without the imposition of any condition or consequence that was not disclosed under subparagraph (B)(i); and

**(ii)**

again complies with subparagraph (C).

**(2)**OTHER RIGHTS

**(A)**Preservation of consumer protections

Nothing in this subchapter affects the content or timing of any disclosure or other record required to be provided or made available to any consumer under any statute, regulation, or other rule of law.

**(B)**Verification or acknowledgment

If a law that was enacted prior to this chapter expressly requires a record to be provided or made available by a specified method that requires verification or acknowledgment of receipt, the record may be provided or made available electronically only if the method used provides verification or acknowledgment of receipt (whichever is required).

**(3)**EFFECT OF FAILURE TO OBTAIN ELECTRONIC CONSENT OR CONFIRMATION OF CONSENT

The legal effectiveness, validity, or enforceability of any contract executed by a consumer shall not be denied solely because of the failure to obtain electronic consent or confirmation of consent by that consumer in accordance with paragraph (1)(C)(ii).

**(4)**PROSPECTIVE EFFECT

Withdrawal of consent by a consumer shall not affect the legal effectiveness, validity, or enforceability of electronic records provided or made available to that consumer in accordance with paragraph (1) prior to implementation of the consumer's withdrawal of consent. A consumer's withdrawal of consent shall be effective within a reasonable period of time after receipt of the withdrawal by the provider of the record. Failure to comply with paragraph (1)(D) may, at the election of the consumer, be treated as a withdrawal of consent for purposes of this paragraph.

**(5)**PRIOR CONSENT

This subsection does not apply to any records that are provided or made available to a consumer who has consented prior to the effective date of this subchapter to receive such records in electronic form as permitted by any statute, regulation, or other rule of law.

**(6)**ORAL COMMUNICATIONS

An oral communication or a recording of an oral communication shall not qualify as an electronic record for purposes of this subsection except as otherwise provided under applicable law.

**(d)**RETENTION OF CONTRACTS AND RECORDS

**(1)**ACCURACY AND ACCESSIBILITYIf a statute, regulation, or other rule of law requires that a contract or other record relating to a transaction in or affecting interstate or foreign commerce be retained, that requirement is met by retaining an electronic record of the information in the contract or other record that—

**(A)**

accurately reflects the information set forth in the contract or other record; and

**(B)**

remains accessible to all persons who are entitled to access by statute, regulation, or rule of law, for the period required by such statute, regulation, or rule of law, in a form that is capable of being accurately reproduced for later reference, whether by transmission, printing, or otherwise.

**(2)EXCEPTION**

A requirement to retain a contract or other record in accordance with paragraph (1) does not apply to any information whose sole purpose is to enable the contract or other record to be sent, communicated, or received.

**(3)ORIGINALS**

If a statute, regulation, or other rule of law requires a contract or other record relating to a transaction in or affecting interstate or foreign commerce to be provided, available, or retained in its original form, or provides consequences if the contract or other record is not provided, available, or retained in its original form, that statute, regulation, or rule of law is satisfied by an electronic record that complies with paragraph (1).

**(4)CHECKS**

If a statute, regulation, or other rule of law requires the retention of a check, that requirement is satisfied by retention of an electronic record of the information on the front and back of the check in accordance with paragraph (1).

**(e)ACCURACY AND ABILITY TO RETAIN CONTRACTS AND OTHER RECORDS**

Notwithstanding subsection (a), if a statute, regulation, or other rule of law requires that a contract or other record relating to a transaction in or affecting interstate or foreign commerce be in writing, the legal effect, validity, or enforceability of an electronic record of such contract or other record may be denied if such electronic record is not in a form that is capable of being retained and accurately reproduced for later reference by all parties or persons who are entitled to retain the contract or other record.

**(f)PROXIMITY**

Nothing in this subchapter affects the proximity required by any statute, regulation, or other rule of law with respect to any warning, notice, disclosure, or other record required to be posted, displayed, or publicly affixed.

**(g)NOTARIZATION AND ACKNOWLEDGMENT**

If a statute, regulation, or other rule of law requires a signature or record relating to a transaction in or affecting interstate or foreign commerce to be notarized, acknowledged, verified, or made under oath, that requirement is satisfied if the electronic signature of the person authorized to perform those acts, together with all other information required to be included by other applicable statute, regulation, or rule of law, is attached to or logically associated with the signature or record.

**(h)ELECTRONIC AGENTS**

A contract or other record relating to a transaction in or affecting interstate or foreign commerce may not be denied legal effect, validity, or enforceability solely because its formation, creation, or delivery involved the action of one or more electronic agents so long as the action of any such electronic agent is legally attributable to the person to be bound.

**(i) INSURANCE**

It is the specific intent of the Congress that this subchapter and subchapter II apply to the business of insurance.

**(j) INSURANCE AGENTS AND BROKERS** An insurance agent or broker acting under the direction of a party that enters into a contract by means of an electronic record or electronic signature may not be held liable for any deficiency in the electronic procedures agreed to by the parties under that contract if—

**(1)**

the agent or broker has not engaged in negligent, reckless, or intentional tortious conduct;

**(2)**

the agent or broker was not involved in the development or establishment of such electronic procedures; and

**(3)**

the agent or broker did not deviate from such procedures.

(Pub. L. 106–229, title I, § 101, June 30, 2000, 114 Stat. 464.)

**Brenda M. Johnson shall seek filing liability remedies for damages sustained by non compliance of laws to protect consumer with cost which may occur for taking action under 5, million dollars.**

**Note: action have been answered with letter without credit of money to Customer.**

**January 21, 2021**

**s/Brenda M. Johnson**

**311 South 9 th St Apartment 501**

**Tacoma wa 98402**

**253-213-2862**

**Email correspondence sent by fiduciary on January 20, 2021 – January 21, 2021**

United States District Court sf329c-5 form and Judgment in civil actions Inventory Judgment: Sent 01/30/2021 1. Catholic Community Services $40,000,000,000.00 2. Terry Lee Rembert $ 2,634,301.99 3. Robert J Bryan $ 500,000.00 4. Pioneer Human Services $ 16,037,000.00 5. Electronic Transaction Consultants$29,422,904,043.02 6. Commissioner Social Security $ 500,000.00

Subtotal: $69,442,575,345.01 500,000.00

7. TPD 02/01/2021 $69,443,075,345.01

40000000000. + 263430199+500000+16037000+2942290404302+500000+500000 CCS-TLRembert-RJB-Pioneer-ETCC-CSS(7) Tacoma Police done on 02/01/2021, Emerald Queen done 02/02/2021, Pierce County done 02/02/2021(10)Tacoma Housing 02/02/2021, Department of Social Health 02/02/2021, Anthony Katsaros Victoria Manor 02/02/2021,Gary Lui 02/02/2021,(15)

Brenda M. Johnson 311 South 9th St APT 501 Tacoma WA. 98402 (253)381-0184 Made Jan. 31, 2021

Feb. 02, 2021 invoice update 6:29 am

$69,443,075,345.01

Emerald Queen   $500,000.00

Pierce County    $500,000.00

Gary Lui         $500,000.00

Anthony Katsaros$500,000.00

Subtotal:$69,445,075,345 .01

Tacoma Housing 500,000.00

Department of Social Health

$500,000.00

WSDOT  29,422,904,043.02

Subtotal: $98,888,979,388.03

**SOS**
Office of the Secretary of State
Corporations & Charities Division

**Physical/Overnight address**
801 Capitol Way S
Olympia, WA 98501-1226
Tel: 360.725.0377

**Mailing Address**
PO Box 40234
Olympia, WA 98504-0234
www.sos.wa.gov/corps

This Box For Office Use Only

Secretary of State
State of Washington
Date Filed: 01/11/2021
Effective Date: 01/11/2021
UBI No: 601 742 563

Renewal Period:
Date: 07/01/2019 To: 06/30/2022
Total Fees Due: 180.00
New Expiration Date: 06/30/2022

## BANK ANNUAL REPORT
### RCW 30A RCW 23.95

All fields required unless otherwise specified

**(1) Business Name:** WELLS FARGO BANK, NATIONAL ASSOCIATION    **UBI:** 601 742 563

**(2) State of Incorporation:** UNITED STATES, SOUTH DAKOTA    **Inc./Qual. Date:** 06/02/2005

**Attention:** Future Annual Reports will be mailed to the principal office mailing address listed below.

**(3) PRINCIPAL OFFICE:** The location where the business's records are kept  (main office under National Bank Act is 101 North Phillips Avenue, Sioux Falls, SD 57104)

**Street Address**
(Must be a physical address; No PO Box or PMB)

Address: 464 California Street

Zip: 954104    City: San Francisco
State: CA    Country: United States of America

**Mailing Address** (optional)
☐ Check if mailing address is the same as street address.

Address: 90 S. 7th Street, 17th Floor
MAC N9305-176
Zip: 55402    City: Minneapolis
State: MN    Country: United States of America

**Phone:** (optional) 612-316-4984    **Email:** (optional) Linda.Yang4@wellsfargo.com

**(4) Governor(s):** List at least one, attach additional pages if necessary. A business cannot serve as its own Governor

Name: SEE ATTACHED EXHIBIT A    Name:
Name:    Name:

**(5) Nature of Business:** Briefly describe the type of business your business conducts in the state of Washington
Bank (Loans, including home mortgages, & other banking products & services)

**(6) RETURN ADDRESS FOR THIS FILING:** (Optional)
If provided, the confirmation regarding this specific filing will be sent to the address below, in addition to the Principal Office address.

Attention: Linda Yang    Email: Linda.Yang4@wellsfargo.com
Address: 90 S. 7th Street, 17th Floor, MAC N9305-176
City: Minneapolis    State: MN    Zip: 55402

**(7)** I hereby certify, under penalty of law, that the above information is accurate and complies with the filing requirements of state law.

Signature of Authorized Person: _Linda Yang_    Date: 1/5/2021
Print Name and Title (if applicable): Linda Yang, Assistant Secretary
**Phone:** (optional) 612-316-4984    **Email:** (optional) Linda.Yang4@wellsfargo.com

Bank Annual Report
Pg 1 | Revised 12.2020

Work Order #: 2021010700011589 - 1
Received Date: 01/07/2021
Amount Received: $230.00

EXHIBIT A

## WELLS FARGO BANK, NATIONAL ASSOCIATION
### UBI 601 742 563

### Directors and Officers Designated as Executive Officers

#### Directors

Mark A. Chancy
Theodore F. Craver Jr.
Maria R. Morris - Interim Chair
Richard B. Payne, Jr.
Juan A. Pujadas
Charles W. Scharf

#### Officers Designated as Executive Officers

| | |
|---|---|
| Charles W. Scharf | Chief Executive Officer and President |
| Muneera S. Carr | Executive Vice President, Chief Accounting Officer, and Controller |
| William M. Daley | Vice Chairman of Public Affairs |
| Derek A. Flowers | Senior Executive Vice President and Head of Strategic Execution and Operations |
| David Galloreese | Senior Executive Vice President and Head of Human Resources |
| Mary T. Mack | Senior Executive Vice President and CEO of Consumer & Small Business Banking |
| Amanda G. Norton | Senior Executive Vice President and Chief Risk Officer |
| Lester J. Owens | Senior Executive Vice President and Head of Operations |
| Ellen R. Patterson | Senior Executive Vice President and General Counsel |
| Petros G. Pelos | Senior Executive Vice President and CEO of Commercial Banking |
| Scott E. Powell | Senior Executive Vice President and Chief Operating Officer |
| Michael P. Santomassimo | Senior Executive Vice President and Chief Financial Officer |
| Kleber R. Santos | Senior Executive Vice President and Head of Diverse Segments, Representation & Inclusion |
| Barry Sommers | Senior Executive Vice President and CEO of Wealth & Investment Management |
| Saul Van Beurden | Senior Executive Vice President and Head of Technology |
| Michael S. Weinbach | Senior Executive Vice President and CEO of Consumer Lending |
| Jonathan G. Weiss | Senior Executive Vice President and CEO of Corporate & Investment Banking |
| Ather Williams III | Senior Executive Vice President and Head of Strategy, Digital Platform, and Innovation |

Work Order #: 2021010700011589 - 1
Received Date: 01/07/2021
Amount Received: $230.00


**Secretary of State**
*Kim Wyman*

Corporations & Charities Division
801 Capitol Way South
PO Box 40234
Olympia, WA 98504-0234

Tel: 360.725.0377

# Front Desk Transaction Request Form

☐ Front Desk ($50)     ☐ Routine     **XX** Expedite ($50)
(Wait/ Immediate Service)     (Drop Off - 10 business days)     (Drop off - 2-3 Business Days)

597554-005
$180.00+$50=
$230.00

ACCUFACTS RESEARCH CORP.
P.O. BOX 514
OLYMPIA, WA  98507
360-956-3990
JUANITA@ACCUFACTSRESEARCH.COM

| UBI Number | Entity Name | Type of Request |
|---|---|---|
| | WELLS FARGO BANK, NATIONAL ASSOCIATION | A |

## Type of Transactions:

☐ A.  Formation/Articles/Registration
☐ B.  Amendment
☐ C.  Merger or Conversion
☐ D.  Annual Report, Amended Report, Reinstatement
☐ E.  Apostille or Authentication          Country: _____
☐ F.  Other
☐ G.  Long Form Certificate of Existence
☐ H.  Short Form Certificate of Existence
☐ I.  Photo Copies          ☐ Charter Docs  ☐ Other: _____
☐ J.  Certified Copies          ☐ Charter Docs  ☐ Other: _____

| SERVICE TYPE | FEE | NOTES |
|---|---|---|
| Filing | | |
| Filing | | |
| Apo | | |
| Certificates | | |
| Records | | |
| Other | | |
| Other | | |
| Expedite Fee | | |
| TOTAL DUE: | | |

Work Order #: 2021010700011589 - 1
Received Date: 01/07/2021
Amount Received: $230.00

**3:21-cv-05212-BHS** Johnson v. Wells Fargo
Benjamin H. Settle, presiding
**Date filed:** 03/20/2021
**Date terminated:** 09/15/2021
**Date of last filing:** 11/17/2021

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed:* | 03/20/2021 | Application |
| | *Entered:* | 03/23/2021 | |
| 2 | *Filed:* | 03/20/2021 | Notice of Related Case |
| | *Entered:* | 03/23/2021 | |
| 3 | *Filed & Entered:* | 03/23/2021 | Case/IFP Deficiency Letter |
| 5 | *Filed & Entered:* | 06/29/2021 | Motion for Leave to Proceed In Forma Pauperis |
| | *Terminated:* | 08/23/2021 | |
| | *Filed & Entered:* | 07/15/2021 | Motion Calendar |
| | *Terminated:* | 08/23/2021 | |
| 6 | *Filed & Entered:* | 07/15/2021 | Order to Show Cause |
| 7 | *Filed & Entered:* | 08/23/2021 | Report and Recommendations |
| | *Terminated:* | 09/14/2021 | |
| 8 | *Filed:* | 09/09/2021 | Proposed Document(s) |
| | *Entered:* | 09/10/2021 | |
| 9 | *Filed:* | 09/09/2021 | Praecipe-Other |
| | *Entered:* | 09/10/2021 | |
| | *Filed & Entered:* | 09/10/2021 | Motions Referred |
| 10 | *Filed & Entered:* | 09/10/2021 | Motion for Recusal |
| | *Terminated:* | 09/14/2021 | |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

                                    _____
                                                *Server's signature*

                                    _____
                                            *Printed name and title*

                                    _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ☑

| | | |
|---|---|---|
| Brenda M. Johnson | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   3:21-cv-05212-BHS |
| United States, Wellsfargo | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Wells Fargo Bank, National Association
Linda Yang assistant Secretary
Linda.Yang4@wellsfargo.com
90 South 7th street , 17th floor, Mac N9305-176
Minneapolis, MN 55402 .
(3) By a Marshal or Someone Specially Appointed. At the plaintiff's request, the court
may order that service be made by a United States marshal or deputy marshal or by a
person specially appointed by the court. ·

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Brenda M Johnson
311 South 9th Street Apt 501
Tacoma, WA 98402
253-732-7996
brendajtacoma@aol.com
Sat 03/20/2021 2:38 pm frcp 4 (c )(3) request

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
Western_ District of Washington

| | | |
|---|---|---|
| BRENDA M Johnson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:21-CV-05539-bhs |
| | ) | |
| Pioneer Human Services, Karen Lee, Amber Miller, | ) | |
| Heather Mustapha and DBA | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:)
Pioneer Human Services, Karen Lee, Amber Miller,
Heather Mustapha et. al

_____

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

_____

Date: July 26 2021

/s Brenda M Johnson

Brenda M Johnson

*Signature of the attorney or unrepresented party*

_____

*Printed name*

311 South 9 th Street Apt 501

Tacoma Washington 98402

_____

*Address*

brendajtacoma@aol.com

_____

*E-mail address*

*Telephone number*

3:21-CV-05539-bhs



7:17

🔒 mail.aol.com/m/folders/2/mes   16

← 

## Notice Pioneer Human Services,

 **me**
brendajtaco᠁e@aol.com
Show less

To Michelle Cash michelle.cash@p-h-᠁.com

**KL** Karen Lee karen.lee@p-h-s.com

Eron Z. Cannon erin@favros.com

**E** erine@favors.com erine@favors.co᠁

Cc U.S. Office of Special Counsel certificatio᠁

zebularm@atg.wa.gov zebularm@atg.wa...

criminal.division@usdoj.gov crim᠁ div᠁

BRENDA JOHNSON brendajtacoma@ao᠁

Jul 26 at 1:᠁ PM

🔖 2 attachments

## Fwd  Attorney General Merrick B. Garland

 3:21-CV-0 5639-bhs

pioneerHum… .pdf     1627330539… .pdf

 |  |  |  | •••
Delete | Move to | Forward | Reply | More

```
┌─────────────────────────────────────────┐
│ ___ FILED ___ LODGED                     │
│              ___ RECEIVED                │
│                                          │
│           AUG 04 2021   ab               │
│                                          │
│        CLERK U.S. DISTRICT COURT         │
│ WESTERN DISTRICT OF WASHINGTON AT TACOMA │
│ BY                              DEPUTY   │
└─────────────────────────────────────────┘
```

"I Brenda M Johnson certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct":

I mailed response to order to show cause to Defendants and filed gave a copy of notice of filing suit complaint , wavier of summons and gave motion of Injunction July 28, 2021.  order of restraining order on August 3, 2021 in District Court Western District Court of Washington, *Dissisal Motion* *included by United Stated Postal Service 1stClass* .... Defendant Pioneer Human Services, Erine E. Ehlert Eron Zachary Cannon Favor Anderson Vanderhoff

(Date and Place)

August 03, 2021 Pierce County, Tacoma Washington

*Brenda M Johnson* (signature)

Brenda M Johnson

311 South 9 th Street Apt 501

Tacoma Washington Ave

Tacoma Washington 98402

brenda·tacoma·@aol.com

*3:21-CV-05539-bhs*



**UNITED STATES POSTAL SERVICE.**

DOWNTOWN TACOMA
1102 A ST
TACOMA, WA 98402-9998
(800)275-8777

08/03/2021                                    10:52 AM
--------------------------------------------
Product              Qty    Unit      :Price
                            Price
--------------------------------------------
Corsage               1    $0.75       $0.75
--------------------------------------------

Grand Total:                           $0.75
--------------------------------------------
Cash                                   $1.00
Change                                -$0.25
--------------------------------------------

**********************************************
USPS is experiencing unprecedented volume
    increases and limited employee
     availability due to the impacts of
    COVID-19. We appreciate your patience.
**********************************************

        Preview your Mail
        Track your Packages
        Sign up for FREE @
    https://informeddelivery.usps.com

    United States Postal Service
        NOW HIRING NATIONWIDE
    Career Path Positions with Benefits
            Apply online at
         www.usps.com/careers

        NOW HIRING. Please visit
          www.usps.com/careers
              to apply.

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
        Thank you for your business.

        Tell us about your experience.
    Go to: https://postalexperience.com/Pos
    or scan this code with your mobile device.



        or call 1-800-410-7420.

--------------------------------------------

UFN: 548334-0055
Receipt #: 840-59800352-2-4686441-2
Clerk: 22

3:21-CV-05539-bhs

# Select A Case

**Brenda M Johnson is a plaintiff in 20 cases.**

| | | | |
|---|---|---|---|
| 2:19-cv-00337-RAJ | Johnson v. Electronic Transaction Consultants Corporation et al | filed 03/05/19 | closed 07/23/19 |
| 2:19-cv-00862-RSM | Johnson v. Washington State Department of Transportation et al | filed 06/04/19 | closed 09/10/19 |
| 3:14-cv-05872-RJB | Johnson v. Electronic Transaction Consultants Corporation | filed 10/31/14 | closed 12/07/15 |
| 3:16-cv-05727-RJB | Johnson v. City of Lakewood et al | filed 08/18/16 | closed 02/08/17 |
| 3:17-cv-06009-RJB | Johnson v. Electronic Transaction Consultants Corporation et al | filed 12/06/17 | closed 03/26/18 |
| 3:19-cv-05174-BHS | Johnson v. Department of Social and Health Services et al | filed 03/07/19 | closed 05/17/19 |
| 3:19-cv-05316-BHS | Johnson v. Catholic Community Services et al | filed 04/19/19 | closed 02/26/20 |
| 3:19-cv-05375-BHS | Johnson v. Share and Care Housing et al | filed 05/03/19 | closed 06/10/19 |

| 3:19-cv-05529-RJB | Johnson v. Rembert et al | filed 06/11/19 | closed 12/05/19 |
|---|---|---|---|
| 3:20-cv-05331-RJB | Johnson v. Rembert et al | filed 03/27/20 | closed 06/16/20 |
| 3:20-cv-05548-RJB | Johnson v. Tacoma Police et al | filed 06/08/20 | closed 10/05/20 |
| 3:20-cv-05857-MJP | Johnson v. Electronic Transaction Consultants LLC | filed 08/22/20 | closed 12/08/20 |
| 3:20-cv-06031-RJB | Johnson v. United States of America et al | filed 10/18/20 | closed 01/11/21 |
| 3:20-cv-06058-RAJ | Johnson v. Commissioner of Social Security | filed 10/20/20 | |
| 3:20-cv-06180-BHS | Johnson v. United States et al | filed 11/30/20 | closed 03/26/21 |
| 3:21-cv-05212-BHS | Johnson v. Wells Fargo | filed 03/20/21 | closed 09/15/21 |
| 3:21-cv-05225-RJB | Johnson v. United States et al | filed 03/29/21 | closed 09/14/21 |
| 3:21-cv-05242-MJP | Johnson v. United States et al | filed 04/03/21 | closed 09/08/21 |
| 3:21-cv-05539-BHS | Johnson v. Miller et al | filed 07/28/21 | closed 11/15/21 |
| 3:21-cv-05841-DGE | Johnson v. Pierce County et al | filed 11/17/21 | |